1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY STIEGLER,

     Petitioner,

vs.

WARDEN NEVEN, *et al.*,

     Respondents.

Case No. 2:14-cv-01274-APG-CWH

**ORDER**

     This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.  In an order filed August 5, 2016, the Court determined that the petition contains both exhausted and unexhausted grounds.  The Court ordered that, within thirty days, petitioner must either:  (1) inform this Court in a sworn declaration that he wishes to formally and forever abandon the unexhausted grounds for relief in his federal habeas petition and proceed on the exhausted grounds; or (2) inform this Court in a sworn declaration that he wishes to dismiss this petition without prejudice in order to return to state court to exhaust his unexhausted claims; or (3) file a motion for a stay and abeyance, asking this Court to hold his exhausted claims in abeyance while he returns to state court to exhaust his unexhausted claims.  (ECF No. 26).

     Petitioner has filed a motion for an extension of time in which to file a motion for a stay and abeyance.  (ECF No. 27).  Petitioner seeks an enlargement of time, up to and including October 20, 2016, in which to file his motion for a stay.  Having reviewed the motion and good cause appearing, petitioner's motion is granted.

1    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a

2  motion for a stay (ECF No. 27) is **GRANTED.**  Petitioner's motion for a stay shall be filed on or

3  before **October 20, 2016.**

4        Dated: September 13, 2016.

5

6        _____

7        ANDREW P. GORDON
         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28