# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY STIEGLER, | Case No. 2:14-cv-01274-APG-DJA |
| Petitioner, | |
| v. | ORDER |
| WARDEN NEVEN, et al., | |
| Respondents. | (ECF No. 45) |

IT IS HEREBY ORDERED that the respondents' Motion for an Extension of Time **(ECF No. 45) is GRANTED**. The respondents will have until December 2, 2019 to answer or otherwise respond to the Amended Petition (ECF No. 36) in this case. The petitioner will have 60 days after service of any answer to file a reply in support of the Amended Petition. But, if the respondents file a dispositive motion instead of an answer, the response and reply deadlines will be governed instead by LR 7-2(b) of the Local Rules of Practice.

Dated: September 30, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE