# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREGORY STIEGLER,

        Petitioner,

v.

WARDEN NEVEN, et al.,

        Respondents.

Case No. 2:14-cv-01274-APG-DJA

**ORDER**

(ECF No. 48)

    I HEREBY GRANT the respondents' Motion for an Extension of Time (ECF No. 48). The respondents will have until December 6, 2019 to answer or otherwise respond to the Amended Petition (ECF No. 36). The petitioner will have 60 days after service of any answer to file a reply in support of the amended petition. But if the respondents file a dispositive motion instead of an answer, the response and reply deadlines will be governed instead by LR 7-2(b) of the Local Rules of Practice.

    Dated: December 2, 2019.

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE