# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY STIEGLER,

          Petitioner,

v.

WARDEN NEVEN, et al.,

          Respondents.

Case No. 2:14-cv-01274-APG-DJA

**ORDER**

(ECF No. 62)

     I HEREBY GRANT the respondents' Motion for an Extension of Time (ECF No. 62). The respondents will have until June 3, 2021 to answer the remaining claims in Petitioner's amended petition. Petitioner will have 45 days after service of the respondents' answer to file a reply in support of the amended petition.

     Dated: April 28, 2021

                                          ANDREW P. GORDON
                                          UNITED STATES DISTRICT JUDGE